IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3628

ANTHONY JEROME
CROMARTIE,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed January 6, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Anthony Jerome Cromartie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  Petitioner shall be allowed a belated

appeal from the judgment and sentence in Escambia County Circuit Court case number

2015-CF-000626-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.